**2013–0453. U.S. Bank v. Downey.**
Cuyahoga App. No. 98598, 2013-Ohio-494. On second emergency motion for stay of lower-court decision. Motion denied as moot.
O'NEILL, J., dissents.

**2013–0476. State v. Johnson.**
Portage App. No. 2012–P–0008, 2013-Ohio-440. On motion for stay of court of appeals' judgment. Motion granted.
PFEIFER, KENNEDY, and FRENCH, JJ., dissent.

**2013–0510. State v. Mason.**
Franklin App. No. 12AP–391, 2013-Ohio-174. On motion for delayed appeal. Motion denied.
PFEIFER, LANZINGER, and O'NEILL, JJ., dissent.

**2013–0511. State v. Crangle.**
Summit App. No. 24033, 2008-Ohio-5703. On motion for delayed appeal. Motion denied.
PFEIFER, Acting C.J.
O'CONNOR, C.J., not participating.

**2013–0516. State v. Griffin.**
Lorain App. No. 11CA010128, 2013-Ohio-416. On motion for delayed appeal. Motion granted.
O'CONNOR, C.J., and FRENCH, J., dissent.

**2013–0520. State v. Robinson.**
Summit App. No. 26359. On motion for delayed appeal. Motion denied.
PFEIFER, Acting C.J.
O'CONNOR, C.J., not participating.

**2013–0533. State v. Eicholtz.**
Clark App. No. 2012–CA–7, 2013-Ohio-302. On motion for delayed appeal. Motion granted.
O'CONNOR, C.J., dissents.

**2013–0542. State v. Zoeckler.**
Portage App. No. 2012–P–0092, 2013-Ohio-548. On motion for stay of court of appeals' judgment. Motion granted.
PFEIFER, KENNEDY, and FRENCH, JJ., dissent.

**2013–0544. State v. Straley.**
Clark App. No. 2012–CA–34, 2013-Ohio-510. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 2 of the court of appeals' entry filed March 25, 2013:
"Whether a tampering conviction requires proof that the defendant impaired evidence in an investigation by tampering with evidence related to the investigation."
O'DONNELL, J., dissents.
The conflict case is *State v. Skorvanek*, 182 Ohio App.3d 615, 2009-Ohio-1709, 914 N.E.2d 418 (9th Dist.).

**2013–0551. State v. Lawson.**
Franklin App. No. 12AP–53, 2012-Ohio-5250. On motion for delayed appeal. Motion denied.
PFEIFER and LANZINGER, JJ., dissent.

**2013–0559. State v. Smith.**
Portage App. No. 2012–P–0076, 2013-Ohio-640. On motion for stay of court of appeals' judgment. Motion denied.
O'CONNOR, C.J., and O'DONNELL and O'NEILL, JJ., dissent.